**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7149**

BUCKY J. ST. MITCHELL,

Plaintiff - Appellant,

versus

RENA CHISHOLM, Nurse and Head of Medical at
Alvin S. Glenn Detention Center; JOSEPH
BOCHENEK; ALVIN S. GLENN DETENTION CENTER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  David C. Norton, District Judge.
(CA-02-1258)

Submitted:  September 19, 2002      Decided:  October 21, 2002

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Bucky J. St. Mitchell, Appellant Pro Se.  Andrea C. Pope, BARNES,
ALFORD, STORK & JOHNSON, Columbia, South Carolina; William Henry
Davidson, II, Matthew Blaine Rosbrugh, DAVIDSON, MORRISON &
LINDEMANN, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bucky J. St. Mitchell appeals from the district court's order adopting the magistrate judge's recommendation to deny his motion for default judgment.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders.  28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).  The order St. Mitchell seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.

Accordingly, we grant the Appellees' motion to dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED